DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEONARD DAVID LANNI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1337
_____

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.